**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **WEIHUA XU,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"**<br><br>　　　　　Defendants. | **Civil Action No. 25-1436** |

**EXHIBIT A – SEALED DOCUMENT**

　　This document is being filed under seal with a motion for leave to file documents under Seal.  A full version of Exhibit A will be filed separately under seal and will remain under seal until further order of this court.